UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:21-CR-17-REW-EBA |
| v. | ) | |
| | ) | |
| CHRISTOPHER MACKEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting Rule 11 proceedings, *see* DE 20 (Minute Entry), Judge Atkins recommended that the undersigned accept Defendant Christopher Mackey's guilty plea and adjudge him guilty of Counts Three and Four of the Indictment (DE 1). *See* DE 23 (Recommendation); *see also* DE 22 (Plea Agreement). The United States indicated it will move to dismiss Counts One, Two, and Five of the Indictment at sentencing. DE 20. Judge Atkins expressly informed Defendant of his right to object to the recommendation and to secure de novo review from the undersigned. *See* DE 23 at 2-3. The established, three-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate[ judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (noting that the Sixth Circuit has "long held that, when a defendant does 'not raise an argument in his objections to the magistrate[ judge]'s report and recommendation . . . he has forfeited his right to raise this issue on appeal.'") (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996) (quote

1

brackets simplified)); *United States v. Olano*, 133 S. Ct. 1770, 1777 (1993) (distinguishing waiver and forfeiture); FED. R. CRIM. P. 59(b)(2)-(3) (limiting de novo review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting de novo review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 23, **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of Counts Three and Four of the Indictment (DE 1);

2. The Court **CANCELS** the jury trial in this matter; and

3. The Court will issue a separate sentencing order.[1]

This the 14th day of February, 2022.

Signed By:
Robert E. Wier /s/ REW
United States District Judge

---

[1] At the close of the hearing, Judge Atkins remanded the defendant to the custody of the United States Marshal. *See* DE 20. This was Defendant's status pre-hearing. *See* DE 14 (Minute Entry for Initial Appearance and Arraignment). The Court, thus, sees no need to further address detention, at this time. Defendant shall remain detained pending sentencing.